## STATE OF OREGON, *Respondent,*
*v.*
## WAYNE LEROY SUBY, *Appellant.*
(No. 75-4460, CA 5590)
548 P2d 518

*J. Marvin Kuhn* argued the cause for appellant.

*James Hill* argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Affirmed. *Gustafson v. Florida,* 414 US 260, 94 S Ct 488, 38 L Ed 2d 456 (1973); *United States v. Robinson,* 414 US 218, 94 S Ct 467, 38 L Ed 2d 427 (1973); *State v. Florance,* 270 Or 169, 527 P2d 1202 (1974); *State v. Cross,* 23 Or App 536, 543 P2d 48 (1975); *State v. Emfinger,* 6 Or App 328, 487 P2d 1393 (1971).